**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

IN RE:                                  )
                                        )
BUSINESS OF THE COURT                   )        ASSIGNMENT OF CASES
                                        )
                                        )
                                        )

**ADMINISTRATIVE ORDER**

**IT IS HEREBY ORDERED** that the following cases shall be transferred to District Judge Maria A. Lanahan. All deadlines previously set remain in effect unless otherwise ordered by the Court.

| | |
|---|---|
| 4:24cv01682 SRC | Zipki v. FedEx |
| 4:25cv00988 SRC | Alexopoulos v. SSM Health St. Louis University Hospital, et al. |
| 4:23cv01216 HEA | Thompson Thrift Constuction, Inc. v. Vee-Jay Cement Contracting |
| 4:23cv01485 HEA | Irshad v. Travelers Personal Insurance Company |
| 4:24cv00623 HEA | Paul v. Vandergriff |
| 4:24cv00882 HEA | The Nina L. Cook Revocable Trust v. Kestra Investment Services |
| 4:24cv01523 HEA | Trustees of Boston College v. Urshan University, Inc. |
| 4:25cv00099 HEA | Reddick v. Maryville University |
| 4:25cv00297 HEA | Kerr v. Nationwide Mutual Insurance Co., et al. |
| 4:25cv00458 HEA | Cooper v. Quiet Logistics, Inc., et al. |
| 4:25cv00539 HEA | Rafert v. Reliance Standard Life Insurance Company |
| 4:25cv00576 HEA | Health Payer Consortium, LLC v. First Brands Group, LLC |
| 4:25cv00789 HEA | Ma Vaishno, LLC v. State Farm Fire and Casualty Company |
| 4:25cv00853 HEA | Pratt v. Gaming and Leisure Properties, Inc., et al. |
| 4:25cv00897 HEA | Wareka v. Saraceno |
| 4:25cv01026 HEA | Schomaker v. AT&T Services, Inc. |
| 4:22cv01182 SEP | Majors v. Boyer |
| 4:22cv01338 SEP | Manzella v. Adams, et al. |
| 4:23cv00853 SEP | Newman v. Lyft, Inc. |
| 4:23cv01218 SEP | Crawford v. Midwest Geriatric Management, LLC |
| 4:24cv01424 SEP | Frost, et al. v. Lohrberg Lumber, Inc., et al. |
| 4:25cv00123 SEP | Newman v. Abstrakt Marketing Group, LLC |
| 4:25cv00172 SEP | Mitchell Wall and Associates, Inc. v. Mousa, et al. |
| 4:25cv00269 SEP | Jones v. St. Louis County, et al. |
| 4:25cv00325 SEP | Bank Midwest v. NC Enterprises LLC, et al. |
| 4:25cv00360 SEP | Blek v. Aesculap, Inc. |
| 4:25cv00390 SEP | Winterbauer v. City of St. Louis, et al. |
| 4:25cv00621 SEP | Hughes v. FedEx Freight, Inc. |
| 4:25cv00940 SEP | Blair v. Saint Louis City Justice Center, et al. |
| 4:25cv00985 SEP | Manalansan-Lord v. U.S. Department of Education |
| 4:23cv01225 MTS | McSean v. Chamberlain, et al. |
| 4:24cv00425 MTS | Herron v. Tears of Eden, et al. |
| 4:24cv00786 MTS | Kaiser v. Saint Luke's Health System, Inc. |
| 4:24cv01260 MTS | Top Tobacco, L.P. v. Kanan Enterprises, LLC, et al. |

| | |
|---|---|
| 4:25cv00527 MTS | Hotel Services Company, LLC v. TravelPASS Group, Inc. |
| 4:25cv00711 MTS | Clausner, et al. v. American Multispecialty Group Inc. |
| 4:25cv00964 MTS | Carey, et al. v. Curium US LLC |
| 4:25cv00455 CDP | Webb v. City of Bridgeton, et al. |
| 4:25cv00536 CDP | Driy v. Pattonville High School, et al. |
| 4:20cv00466 SNLJ | Hutchison v. Monsanto Company |
| 4:24cv00073 RWS | Total Grain Marketing, LLC v. Center Ethanol Company, LLC, et al. |
| 4:24cv00887 RWS | Green, et al. v. Mandytoddco, Inc., et al. |
| 4:25cv00644 RWS | Austell v. City of Maryland Heights, et al. |
| 4:25cv00700 RWS | Martin v. Chief Disciplinary Counsel of Missouri, et al. |
| 4:25cv00954 RWS | Cohen-Prost v. Provider Plus, Inc., et al. |
| 4:25cv00984 RWS | PTI Union, LLC v. GSK Consumer Health, Inc. |
| 4:25cv01068 RWS | Cunningham v. Equifax Information Services, et al. |
| 4:25cv00849 AGF | Seemiller v. Bisignano |
| 4:24cv00583 JAR | McNealy v. City of St. Louis, Missouri, et al. |
| 4:24cv01469 JAR | JMJ Enterprise of KC LLC v. Washington Square Investment Co. |
| 4:25cv00084 JAR | Genenbacher v. Lee Enterprises, Incorporated |
| 4:25cv00537 JAR | Pettus v. General Motors, LLC |
| 4:25cv00649 JAR | Tetidrick v. Wood River Glass Co., Inc. |

Dated this 2nd day of October, 2025.

NATHAN M. GRAVES
CLERK OF COURT

By: /s/ Katie Spurgeon
    Operations Manager